# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 13-1775 as

[✓] Retained   [ ] Court-appointed(CJA)   [ ] Court-assigned(non-CJA)   [ ] Federal Defender   [ ] Pro Bono   [ ] Government

**COUNSEL FOR:** Stacey Stewart

_____ as the
(party name)

[✓] appellant(s)   [ ] appellee(s)   [ ] petitioner(s)   [ ] respondent(s)   [ ] amicus curiae   [ ] intervenor(s)

/s/ Jacob M. Robinson
(signature)

Jacob M. Robinson
Name (printed or typed)

Robinson Law Offices
Firm Name (if applicable)

1140 Main St Fl 3

Wheeling, WV 26003-2704
Address

304-233-5200
Voice Phone

304-233-2089
Fax Number

rlegal@swave.net
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on June 28, 2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Larissa Dean, Esquire<br>SPILMAN THOMAS & BATTLE, PLLC<br>Post Office Box 615<br>Morgantown, WV 26507-0615 | Eric E. Kinder, Esquire<br>SPILMAN THOMAS & BATTLE, PLLC<br>P.O. Box 273<br>Charleston, WV 25321-0273 |

/s/ Jacob M. Robinson
Signature

June 28, 2013
Date

11/17/2011
SCC